**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TERESA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No: 2:09-cv-01332-ER |
| ) | |
| TRANS UNION LLC and FINANCIAL ) | |
| RECOVERIES, ) | |
| ) | |
| Defendants. ) | |

## TRANS UNION LLC'S MOTION FOR SANCTIONS

Trans Union LLC ("Trans Union") moves for sanctions against Plaintiff's counsel for counsel's improper and unwarranted interference with Trans Union's valid subpoenas in this case. The reasons and authorities for this motion are set forth more fully in the attached memorandum of law.

KOGAN, TRICHON & WERTHEIMER, P.C.

*/s/ Bruce S. Luckman*
BRUCE S. LUCKMAN
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575-7622; (215) 575-7688 – fax

*Counsel for Defendant Trans Union LLC*

DATED:      October 29, 2009

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| TERESA PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No: 2:09-cv-01332-ER |
| | ) | |
| TRANS UNION LLC, and | ) | |
| FINANCIAL RECOVERIES, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

BRUCE S. LUCKMAN, Esq., hereby certifies that he caused a true and correct copy of

the foregoing Trans Union LLC's Motion for Sanctions, proposed Order and Memorandum of

Law to be sent on this date, *via* ECF to the following ECF Registered Users:


John Soumilas, Esquire
Gregory J. Gorski, Esquire
FRANCIS & MAILMAN, PC
Land Title Bldg, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
215-735-8600; Fax: 215-940-8000
Email: jsoumilas@consumerlawfirm.com
          ggorski@consumerlawfirm.com

*Counsel for Plaintiff*


_____
      */s/ Bruce S. Luckman*
BRUCE S. LUCKMAN


DATED:        October 29, 2009