IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No: 2:09-cv-01332-ER |
| ) | |
| TRANS UNION LLC and FINANCIAL ) | |
| RECOVERIES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Trans Union's Motion for Sanctions, and Plaintiff's opposition thereto, it is hereby ORDERED that Trans Union's Motion is GRANTED, and further:

1.  The Court finds that Plaintiff's counsel's October 21, 2009 letters to third parties that were served subpoenas by Trans Union improperly offered advice to potential witnesses that they not cooperate in producing evidence, and interfered with Trans Union's lawful efforts to obtain discovery in this case;

2.  Within 5 days of the date hereof, Plaintiff's counsel shall send this Order to each entity that received Plaintiff's counsel's October 21, 2009 letters, with a copy to Trans Union's counsel, stating as follows:

> We represent plaintiff in the above action. On October 21, 2009, we sent a letter to you regarding Trans Union's subpoena dated October 15, 2009. Trans Union filed a motion with the Court challenging our letter, which the Court granted. A copy of that Order is attached hereto.
>
> The Court found that our letter containing legal advice and comments respecting your cooperation in not responding to the subpoena was improper. We hereby rescind the letter.

SO ORDERED,

_____

, J.

DATED: _____