```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TERESA PRICE, | : | CIVIL ACTION |
| | : | NO. 09-1332 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TRANS UNION, LLC et. al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **20th** day of **January, 2010**, it is hereby **ORDERED** that:

    1. Defendant's motion for sanctions (doc. no. 18) is **DENIED** without prejudice.[1]

    2. Defendant's motion to file a reply brief (doc. no. 20) is **GRANTED.**

    3. New subpoenas may be issued to the entities that have not responded to the previous subpoenas.

---

1. The consideration of sanctions is deferred until the conclusion of the litigation.

       4. Defendant's motion to extend the discovery and dispositive motions deadline  (doc. no. 25) is **GRANTED**.[2]

**AND IT IS SO ORDERED.**

                         s/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**

---

2. The discovery deadline is extended for ninety days until April 12, 2010.  Any motions for summary judgment are also due on April 12, 2010. The case shall be placed in the trial pool on May 11, 2010, or, if a motion for summary judgment is filed, 30 days from the disposition of the motion.