IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA PRICE, | : | CIVIL ACTION |
| | : | NO. 09-1332 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **17th** day of **August, 2010,** it is hereby **ORDERED** that:

1. The motion for leave to amend the complaint (doc. no. 32) is **GRANTED in part and DENIED in part.**[1]

2. Plaintiff's motion to file a reply brief (doc. no. 39) is **GRANTED.**

**AND IT IS SO ORDERED.**

          s/Eduardo C. Robreno
          **EDUARDO C. ROBRENO, J.**

---

1. The motion is granted as to the deletion of the previously asserted common law claims. Plaintiff now proceeds against Defendant solely on the FCRA claim. The motion is denied as to the addition of the "reinsertion" claim.