IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA PRICE, | : | CIVIL ACTION |
| | : | NO. 09-1332 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TRANS UNION, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby **ORDERED** that Defendant's motion for partial summary judgment is **DENIED.** (doc. nos. 37 and 41.) Defendant's motion for leave to file a reply is **GRANTED.** (doc. no. 46.) Plaintiff's motion for leave to file a sur-reply is **GRANTED.** (doc. no. 48.) Defendant's motion for permission to file a response and reply to Plaintiff's sur-reply is **GRANTED.** (doc. no. 50.)

**AND IT IS SO ORDERED.**

                                              s/Eduardo C. Robreno
                                              **EDUARDO C. ROBRENO, J.**