IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| TERESA PRICE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC | : | NO. 09-1332 |

## CIVIL JUDGMENT

Before the Honorable Eduardo C. Robreno

**AND NOW**, this **23rd** day of **May, 2011,** in accordance with the jury verdict,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of the Plaintiff Teresa Price and against Defendant Trans Union, LLC in the amount of $10,000.00.


BY THE COURT


ATTEST: _s/ Ronald Vance_
Ronald Vance
Deputy Clerk


Civ 1 (8/80)
civjud.frm