IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA PRICE, | : | CIVIL ACTION |
| | : | NO. 09-1332 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, L.L.C., et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this **16th** day of **March, 2012,** it is hereby **ORDERED** that Defendant-Trans Union's Motion for Judgment as a Matter of Law (ECF No. 110) is **DENIED;**

It is hereby further **ORDERED** that Plaintiff's Motion for New Trial (ECF No. 109) is **DENIED.**

It is hereby further **ORDERED** that Defendant's Motion for Leave to File a Reply brief (ECF No. 132) is **GRANTED.**[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the substance of Defendant's reply brief in its disposition of Defendant's Motion for a Judgment as a Matter of Law.