```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERESA PRICE,                    :    CIVIL ACTION
                                 :    NO. 09-1332
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
TRANS UNION, L.L.C., et al.,     :
                                 :
     Defendants.                 :
```

**O R D E R**

     **AND NOW,** this **16th** day of **March, 2012,** it is hereby **ORDERED** that Defendant's Motion for Sanctions (ECF No. 18) is **GRANTED;**

     It is hereby further **ORDERED** that Defendant's Motion for Sanctions (ECF No. 91) is **DENIED;**

     It is hereby further **ORDERED** that, Defendant's Counsel shall submit an itemized request for attorneys' fees limited to time spent litigating the enforcement of Federal Rule of Civil Procedure 45 subpoenas, including the motion to compel and motion for sanctions by **March 26, 2012.** Plaintiff's Counsel

shall file a specific objection to this request by **April 5, 2012.**

       **AND IT IS SO ORDERED.**

                                 <u>s/Eduardo C. Robreno</u>
                                 **EDUARDO C. ROBRENO, J.**